## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                              No. 6:21-cr-60011

LARRY WAYNE NATT, JR.                                                                       DEFENDANT

### ORDER

      Before the Court is the Motion for Reconsideration of Detention Order filed herein by the Defendant. ECF No. 18. The Government has not filed a Response. The Court has reviewed the Motion and finds that no hearing is necessary in this matter. The Court finds as follows:

      Defendant appeared for Arraignment on May 6, 2021. ECF No. 6. He entered a plea of not guilty. The Government moved for Detention. ECF No. 11. Defendant waived the issue of detention and reserved the right to request a hearing. Defendant shortly thereafter requested a detention hearing, and such hearing was held on May 12, 2021. ECF No. 13. This case involves the presumption of detention and the Court reviewed and considered the Pre-Trial Services Report prior to the hearing. Defendant's mother, Shelia Briggs, and U.S. Probation Officer Heath Hall testified. After considering the evidence and argument of counsel the Court granted the Government's Motion to Detain and ordered Defendant detained pending trial. ECF No. 13. A written Order of Detention was entered on May 12, 2021. ECF No. 14.

      Defendant now seeks "reconsideration" of the Order of Detention. In effect, Defendant asks the Court to re-open the detention hearing pursuant to 18 U.S.C. § 3142 (f)(2)(B). He alleges there are "additional circumstances" that have come to light following the hearing. Specifically, Defendant's father has passed away and apparently a previous "absconder status" ascribed to

Defendant while he was on state parole was withdrawn by the state after only one day. Defendant asserts his mother, now needs his assistance in her daily living because of the death of his father.

These matters, raised by the Defendant, do not rise to the level of "information . . . that was not known to movant at the time of hearing and that has a material bearing on issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142 (f)(2)(B). While the information regarding Defendant's father is new, it has no bearing on the issues before the Court. Further, the information regarding Defendant's prior absconder status, is not new and could have been known by Defendant at time of the original hearing. Even if this information were new, it would have no material bearing on the Court's original determination as Defendant had multiple instances of absconding from state supervision, was on parole at the time of the instant alleged offense and had committed several prior felonies while on state supervision in the past.

Accordingly, the Motion for Reconsideration of Detention Order filed herein by the Defendant (ECF No. 18). is **DENIED**.

**ENTERED** this **16th** day of **June 2021.**

/s/ *Barry A. Bryant*
BARRY A. BRYANT
U.S. MAGISTRATE JUDGE